■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FIRST GARDEN BAY MANOR, INC., Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents, and BERTRAND BOWITZ et al., Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. SECOND GARDEN BAY MANOR, INC., Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondent, and BERTRAND BOWITZ et al., Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. THIRD GARDEN BAY MANOR, INC., Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents, and BERTRAND BOWITZ et al., Appellants. In the Matter of MANOR PROPERTIES, INC., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents, and BERTRAND BOWITZ et al., Appellants. (Consolidated Appeal.)

Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

■

WHITESTONE SAVINGS AND LOAN ASSOCIATION, Respondent, v. AUBREY MORING et al., Defendants, and DORIS FUTTERMAN, Appellant. (Action No. 1.) DORIS FUTTERMAN, Appellant, v. AUBREY C. MORING et al., Defendants, and WHITESTONE SAVINGS AND LOAN ASSOCIATION, Respondent. (Action No. 2.)